UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2019
DECEMBER 10, 2019 SESSION

**SEALED**

**FILED**
DEC 10 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:19-cr-00301

18 U.S.C. § 2422(b)

JOSEPH MICHAEL KING,
    also known as "Joey King"

# INDICTMENT
(Attempted Enticement)

The Grand Jury Charges:

From on or about February 7, 2019, through on or about February 20, 2019, in and around Kanawha County, West Virginia, and within the Southern District of West Virginia, and elsewhere, defendant JOSEPH MICHAEL KING, also known as "Joey King," using a facility and means of interstate and foreign commerce, that is, a cell phone and the Meet24 messenger platform, did knowingly attempt to persuade, induce, entice and coerce an individual, who had not attained the age of 18 years, to engage in any sexual activity for which any person could have been charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

MICHAEL B. STUART
United States Attorney

By: /s/ Kristin F. Scott
KRISTIN F. SCOTT
Assistant United States Attorney